Núm. 8609.—CARTAGENA ET ALS., apltes. *v.* RODRÍGUEZ ET ALS., apldos.—C. D. Humacao. Nulidad de inscripción, etc. Diciembre 14, 1943.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción radicada por los demandados apelados solicitando la desestimación del presente recurso por el alegado fundamento de no haber los demandantes apelantes radicado la transcripción de evidencia dentro del último término legal concedídoles por la corte inferior;

POR CUANTO, de la certificación expedida por el Secretario de la Corte de Distrito de Humacao, presentada por los apelantes en opo-

sición a la moción, aparece que en 11 de septiembre de 1942 el taquígrafo de dicha Corte radicó ante la misma la transcripción de evidencia y que dicha radicación se hizo dentro de la última prórroga concedida por la corte con fecha 25 de agosto de 1942;

POR CUANTO, la referida transcripción de evidencia fué aprobada por la Corte de Distrito el 7 de noviembre de 1942 y radicada en esta Corte Suprema el día 11 del mes en curso;

POR LO TANTO, se declara sin lugar la moción de desestimación.